[No. 2227–3.   Division Three.   March 15, 1978.]

JUSTUS W. NORDHAGEN, *Appellant,* v. BETTY JOYCE NORDHAGEN, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 208120, William J. Grant, J., entered December 14, 1976. *Remanded with instructions* by

unpublished opinion per McInturff, J., concurred in by Munson, C.J., and Green, J.